THIRD PARTY CITATION TO DISCOVER ASSETS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LABORERS' PENSION FUND and )
LABORERS' WELFARE FUND OF THE )
HEALTH AND WELFARE DEPARTMENT )
OF THE CONSTRUCTION AND GENERAL )
LABORERS' DISTRICT COUNCIL OF )
CHICAGO AND VICINITY, and JAMES S. )
JORGENSEN, Administrator of the Funds, )
    Plaintiffs, )
  v. )
 )
A.B.D. TANK & PUMP CO., an involuntarily )
dissolved Illinois corporation, and KEITH )
DAVIS individually and d/b/a A.B.D. TANK & )
PUMP CO., )
    Defendants. )
 )
CHARTER ONE BANK, )
    Third Party Citation Respondent. )

Case No. 11-cv-5593

Judge ASPEN

FILED
FEB 2 2 2012
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

ANSWER OF THIRD PARTY RESPONDENT

_Laura Noe_____, certifies under penalty of perjury to §1-109 of the Illinois Code of Civil Procedure that the following statements are true and correct:

I. _____ Respondent has no property of the Defendant in its possession.

II. _____ Respondent has no knowledge of any assets or income belonging to the Defendant.

III. __✓__ Respondent has property that belongs or may belong to the Defendant as follows:

| | | DEFENDANT'S BALANCE | AMOUNT WITHHELD |
|---|---|---|---|
| A) | Savings Account $ | | |
| B) | Checking and/or Now Account $ | 311.16 | 187,789.60 |
| C) | Certificate of Deposit $ | | |
| D) | ~~Money Market~~ Corporate Checking Account $ | 3,132.85 | 187,789.60 |
| E) | Trust Account $ | | |
| F) | Wages, Salary or Commissions $ | | |
| G) | Safety Deposit Box | | |

H)  Land Trust No._____

I)  Other Property (Describe)_____

J)  Additional Information Relating to Debtor's Property:

1.  Adverse Claimant: Name_____ Address_____

2.  Right of Set Off:  Basis _Fee (Processing)_  Amount _125.00_

3.  Exemption:  Basis_____ Amount_____

Total of funds in Respondent's possession available to be applied to the judgment: $ _3,319.05_

According to the records maintained by the Respondent, the above information is correct as of this date _2/15/12_. A copy of this Answer was mailed to the Defendant.

Respondent/Agent (Type or Print)

Agent Name _Laura Noel_

Business Name _Charter One Bank_

Agent for Respondent

Address _525 William Penn Pl_
_Room 2418, Pgh PA 15238_

Phone _888-799-6884_

Fax _412-566-7119_

**NOTE: A copy of this Answer should be mailed to the Court, Attorney for Plaintiff or Judgment Creditor and to the Defendant. If necessary, you may attach further information or explanations as may be required to answer the Citation to Discover Assets.**